Esequiel Valerio
7935 W. Sahara Avenue, Suite 201
Las Vegas, NV 89117
Phone: 877-254-9328
Email: ziggy.valerio@unifyfcu.com
UNIFY Financial Federal Credit Union

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| In Re:<br>Patricia Lynn Richey,<br><br>　　　　　　　Debtor. | Court Case No. 19-20075-rlj7<br><br>Chapter 7<br><br>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

　　　　PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, UNIFY Financial Federal Credit Union requests that all notice given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following address, email address and telephone number.

　　　　Esequiel Valerio
　　　　7935 W. Sahara Avenue, Suite 201
　　　　Las Vegas, NV 89117
　　　　PH: 877-254-9328
　　　　Email: ziggy.valerio@unifyfcu.com

Dated: March 19, 2019

　　　　　　　　　　　　　　　　　　　　By:　/s/ Esequiel Valerio
　　　　　　　　　　　　　　　　　　　　　　　Esequiel Valerio

1