Certificate Number: 14912-TXN-DE-032475656

Bankruptcy Case Number: 19-20075



14912-TXN-DE-032475656

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 20, 2019, at 6:08 o'clock PM EDT, Patricia Richey completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date: March 20, 2019

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor